CLOSED

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:26-mj-01637-UA-1
### Internal Use Only

Case title: USA v. Torres

Other court case number: 8:17-cr-101-T-24EAP Middle District of Florida

Date Filed: 05/01/2026

Date Terminated: 05/04/2026

---

Assigned to: Judge Unassigned

**Defendant (1)**

| | |
|---|---|
| **Jerry Nelson Reyes Torres**<br>*TERMINATED: 05/04/2026* | represented by **Kristoff Isiah Williams**<br>Federal Defenders of New York, Inc.<br>52 Duane Street, 10th Floor<br>New York, NY 10007<br>212-417-8791<br>Email: kristoff_williams@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:922U.F Stealing or unlawfully taking away firearms from the business inventory of a federal firearms licensee (FFL) and being a felon in possession of a firearm | |

---

**Plaintiff**

**USA**                  represented by **Christian Bade Ronald**
DOJ-USAO
Southern District of New York
26 Federal Plaza, 37th Floor
New York, NY 10278
212-637-2417
Email: Christian.Ronald@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2026 | | Arrest (Rule 5(c)(3)) of Jerry Nelson Reyes Torres. (job) (Entered: 05/04/2026) |
| 05/01/2026 | 1 | RULE 5(c)(3) AFFIDAVIT of Steven Caldwell, being duly sworn, deposes and says that he is a Deputy United States Marshal with the United States Marshals Service, from the United States District Court - Middle District of Florida, as to Jerry Nelson Reyes Torres. (Signed by Magistrate Judge Robyn F. Tarnofsky on 5/1/2026) (job) (Entered: 05/04/2026) |
| 05/01/2026 | 2 | CJA 23 Financial Affidavit by Jerry Nelson Reyes Torres. Federal Defender, attorney Kristoff Williams appointed counsel. APPROVED. (Signed by Magistrate Judge Robyn F. Tarnofsky) (job) (Entered: 05/04/2026) |
| 05/01/2026 | 3 | Minute Entry for proceedings held before Magistrate Judge Robyn F. Tarnofsky: Initial Appearance in Rule 5(c)(3) Proceedings as to Jerry Nelson Reyes Torres held on 5/1/2026. Detention Hearing as to Jerry Nelson Reyes Torres held on 5/1/2026. AUSA Christian Ronald present for the Government. Defendant present with attorney Kristoff Williams. BAIL DISPOSITION: Detention: Risk of Flight/ Danger. \| For Rule 5(c)(3) Cases: Identity hearing waived. Preliminary hearing in SDNY waived. Defendant to be removed. Control date for removal: 5/7/2026. [Appearance entered by Kristoff Isiah Williams for Jerry Nelson Reyes Torres on behalf of defendant. (job) (Entered: 05/04/2026) |
| 05/01/2026 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Jerry Nelson Reyes Torres. Defendant committed to the United States District Court - Middle District of Florida. (Signed by Magistrate Judge Robyn F. Tarnofsky on 5/1/2026)(job) (Entered: 05/04/2026) |
| 05/01/2026 | 5 | Rule 5(f) ORDER as to Jerry Nelson Reyes Torres. (Signed by Magistrate Judge Robyn F. Tarnofsky on 5/1/2026)(job) (Entered: 05/04/2026) |
| 05/04/2026 | | RULE 5(c)(3) DOCUMENTS SENT as to Jerry Nelson Reyes Torres from the U.S.D.C. Southern District of New York to the United States District Court - Middle District of Florida. Sent original file along with documents numbered 1-5, certified copies of: Rule 5(c)(3) Documents, the docket sheet, and letter of acknowledgment. Sent via INTERDISTRICTTRANSFER email. (job) (Entered: 05/04/2026) |

| 05/04/2026 |  | (Court only) ***Terminated defendant Jerry Nelson Reyes Torres. ***Case Terminated as to Jerry Nelson Reyes Torres. (job) (Entered: 05/04/2026) |