Duration: _____

Proceeding via: ☐ Video Conference ☐ AT&T ☑ In Person

DOCKET No. <u>26 MAG 1637</u>

DEFENDANT <u>Jerry Nelson Reyes Torres</u>

AUSA <u>Christian Ronald</u>

DEF.'S COUNSEL <u>Kristoff Williams</u>
☐ RETAINED ☑ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☑ Rule 5(c)(3)  ☐ Detention Hrg.

☐ Other: _____

DATE OF ARREST <u>4/30/26</u>
TIME OF ARREST <u>522p</u>
TIME OF PRESENTMENT <u>434</u>

☐ VOL. SURR.
☐ ON WRIT

*transfer from NYC DOC*

## BAIL DISPOSITION

☐ SEE SEP. ORDER

☐ DETENTION ON CONSENT W/O PREJUDICE
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB  ☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ DETENTION: RISK OF FLIGHT/DANGER  ☐ SEE TRANSCRIPT

☐ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: _____

## ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

☑ CONFERENCE BEFORE D.J. ON _____

<u>For Rule 5(c)(3) Cases:</u>
☑ IDENTITY HEARING WAIVED
☑ PRELIMINARY HEARING IN SDNY WAIVED

☒ DEFENDANT TO BE REMOVED
☑ CONTROL DATE FOR REMOVAL: <u>5/7/26</u>

PRELIMINARY HEARING DATE: _____

☐ ON DEFENDANT'S CONSENT

DATE: <u>05/01/2026</u>

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.