AUSA: Christian B. Ronald

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JERRY NELSON REYES TORRES,

Defendant.

**26 MAG 1637**

RULE 5(c)(3)
AFFIDAVIT

SOUTHERN DISTRICT OF NEW YORK, ss.:

Steven Caldwell, being duly sworn, deposes and says that he is a Deputy United States Marshal with the United States Marshals Service ("USMS") and states as follows:

On or about March 14, 2017 a grand jury in the Middle District of Florida returned a superseding indictment (the "Superseding Indictment") charging "Jerry Nelson Reyes Torres" with two counts of stealing firearms from a licensed firearms dealer, in violation of Title 18, United States Code, Sections 922(u), 924(i)(1), and 2, and two counts of unlawfully possessing a firearm following a felony conviction, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2. On or about March 15, 2017, the Clerk of Court for the United States District Court for the Middle District of Florida issued an arrest warrant for "Jerry Nelson Reyes Torres" based on the Superseding Indictment (the "Arrest Warrant"). The Superseding Indictment and Arrest Warrant are attached hereto as Exhibits A and B, respectively, and incorporated by reference herein.

On or about April 30, 2026, I participated in the arrest of JERRY NELSON REYES TORRES, the defendant, in the Southern District of New York. I believe that REYES TORRES is the same person as "Jerry Nelson Reyes Torres" who is named in the Arrest Warrant.

The bases for my knowledge and for the foregoing are, in part, as follows:

1.      I am a Deputy United States Marshal with the USMS. This affidavit is based upon my personal participation in this matter, as well as on my conversations with other law enforcement officers, my examination of documents, reports, and records, and my personal observations of the defendant. I have been personally involved in determining whether JERRY NELSON REYES TORRES, the defendant, is the same person as "Jerry Nelson Reyes Torres" named in the Arrest Warrant. Because this affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this affidavit every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2.      Based on my review of documents from the United States District Court for the Middle District of Florida, I know that, on or about March 15, 2017, the Clerk of Court for the

United States District Court for the Middle District of Florida issued the Arrest Warrant based on the Superseding Indictment. The Arrest Warrant was based on violations of 18 U.S.C. §§ 922(u) and 922(g).

3.    Based on my conversations with other law enforcement officers and review of the arrest report, I understand that on or about April 23, 2026, at approximately 5:59 p.m., JERRY NELSON REYES TORRES, the defendant, was arrested by officers of the New York City Police Department in the Bronx, New York, based on suspected violations of New York Penal Law § 165.40 (Criminal Possession of Stolen Property in the Fifth Degree). Following his arrest for this New York State offense, Reyes Torres transferred to the custody of the New York City Department of Correction (the "DOC") on Rikers Island.

4.    Based on my conversations with other law enforcement officers, I understand that on or about April 30, 2026, at approximately 5:22 p.m., JERRY NELSON REYES TORRES, the defendant, was arrested by officers from the USMS pursuant to the Arrest Warrant on Rikers Island and taken into federal custody.

5.    Based on my observations of, and conversations with, REYES TORRES, my conversations with other law enforcement officers, and my review of law enforcement records, I believe that JERRY NELSON REYES TORRES, the defendant, is the "Jerry Nelson Reyes Torres" named in the Arrest Warrant, for the reasons set forth below:

a.    I have reviewed law enforcement records regarding "Jerry Nelson Reyes Torres," the person identified in the Arrest Warrant. That information includes information regarding his name, date of birth, and a photograph. Based on my observations of REYES TORRES, I believe that REYES TORRES appears to be the same person depicted in the photograph I was provided for "Jerry Nelson Reyes Torres"

b.    After REYES TORRES, the defendant, was arrested by officers from the USMS, he provided his name and date of birth to the arresting officers on or about May 1, 2026. That name and date of birth matched the name and date of birth of the "Jerry Nelson Reyes Torres" named in the Arrest Warrant and identified in the law enforcement records I have reviewed.

c.    After REYES TORRES, the defendant, was arrested by officers from the USMS, he was fingerprinted by the arresting officers on or about May 1, 2026. REYES TORRES's fingerprints were found to be associated with the same unique FBI number under which the Arrest Warrant was filed in the National Crime Information Center ("NCIC") centralized database.

6.    Accordingly, I believe that the "Jerry Nelson Reyes Torres" named in the Arrest Warrant is the same person as JERRY NELSON REYES TORRES, the defendant.

2

WHEREFORE, I respectfully request that JERRY NELSON REYES TORRES, the defendant, be imprisoned or bailed, as the case may be.

Steven Caldwell
Deputy United States Marshall
United States Marshals Service

Sworn to before me this
1st day of May, 2026

THE HONORABLE ROBYN F. TARNOFSKY
CHIEF UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

3

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
## for the
Southern District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JERRY NELSON REYES TORRES | )    Case No.   26 MAG 1637 |
| | ) |
| _____ | )    Charging District's |
| *Defendant* | )    Case No.   8:17-cr-101-T-24AEP |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____MIDDLE_____ District of  FLORIDA _____ ,

*(if applicable)* _____ division.  The defendant may need an interpreter for this language:

_____ .

The defendant:    ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: _____05/01/2026_____          _____
                                              *Judge's signature*

                        ROBYN F. TARNOFSKY, MAGISTRATE JUDGE
                                    *Printed name and title*